**Dismissed and Opinion Filed November 4, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00391-CV

**COLLEEN CRAWFORD, Appellant**
**V.**
**MCKINNEY MILLENNIUM II LP, INDIVIDUALLY AND D/B/A POST OAK APARTMENTS, ALPHA BARNES REAL ESTATE SERVICES, LLC, INDIVIDUALLY AND D/B/A POST OAK APARTMENTS, AND ALPHA-BARNES REAL ESTATE SERVICES II, LLC, INDIVIDUALLY AND D/B/A POST OAK APARTMENTS, Appellees**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02495-2020**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Reichek
Opinion by Justice Osborne

By motion filed October 25, 2021, appellant informs the Court that the parties

have settled the case, and she requests the appeal be dismissed. We grant the motion

and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Leslie Osborne//
LESLIE OSBORNE
JUSTICE

210391f.p05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

COLLEEN CRAWFORD, Appellant

No. 05-21-00391-CV      V.

MCKINNEY MILLENNIUM II LP,
INDIVIDUALLY AND D/B/A
POST OAK APARTMENTS,
ALPHA BARNES REAL ESTATE
SERVICES, LLC, INDIVIDUALLY
AND D/B/A POST OAK
APARTMENTS, AND ALPHA-
BARNES REAL ESTATE
SERVICES II, LLC,
INDIVIDUALLY AND D/B/A
POST OAK APARTMENTS,
Appellees

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-02495-
2020.
Opinion delivered by Justice
Osborne, Justices Pedersen, III and
Reichek participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 4th day of November, 2021.